COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

2013 OK 55

Vicky MOORE, Plaintiff–Appellant,

v.

David CRASS, M.D., Defendant–Appellee.

No. 109,271.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk,* 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.,* 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶ 3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, *COMBS,* GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

2013 OK 56

Debra DUHN, Plaintiff–Appellant,

v.

ST. JOHN MEDICAL CENTER, INC., d/b/a/ St. John Medical Center, Defendant–Appellee.

No. 109,995.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶ 1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶ 2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk,* 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.,* 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶ 3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

■

2013 OK 58

Teresa NELSON, Plaintiff–Appellant,

v.

CHOCTAW COUNTY CITY OF HUGO HOSPITAL Authority a/k/a Choctaw Memorial Hospital and Rural Healthcare of Oklahoma, Inc. a/k/a Lane Frost Health and Rehabilitation Center, Defendants–Appellees.

No. 110,734.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk*, 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Properties*, 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings. DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 27th day of June, 2013.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, EDMONDSON, COMBS, GURICH, JJ., concur.

WINCHESTER & TAYLOR, JJ., dissent.

■

2013 OK 59

Donald R. FREEMAN and Kaye L. Freeman, Husband and Wife, Plaintiffs–Appellants,

v.

Melanie R. BLACKSTOCK, M.D., Kevin M. Hook, M.D., Gisele C. Wilke, M.D., Angela D. Ewers, CRNA, and Anesthesiologists, Inc., an Oklahoma Corporation, Defendants–Appellees.

No. 110,595.

Supreme Court of Oklahoma.

June 27, 2013.

## ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decisions in *Wall v. Marouk*, 2013 OK 36, 302 P.3d 775 and *Douglas v. Cox Retirement Props.*, 2013 OK 37, 302 P.3d 789, dispose of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the trial court's dismissal of this case is reversed and the cause is remanded for further proceedings.